# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  JEFFERY S. SCHABACKER & CHERYL A. SCHABACKER            Case Number: 05-73377
        318 E. MAIN STREET                                       SSN-xxx-xx-8258 & xxx-xx-8591
        STILLMAN VALLEY, IL  61084

Case filed on: 7/5/2005
Plan Confirmed on: 11/18/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $32,823.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICE OF MACEY & ALEMAN | 1,650.00 | 1,650.00 | 1,650.00 | 0.00 |
|  | Total Legal | 1,650.00 | 1,650.00 | 1,650.00 | 0.00 |
| 009 | IDOT | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | JOE COOLING & SONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | TOTAL DEBT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JEFFERY S. SCHABACKER | 0.00 | 0.00 | 351.08 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 351.08 | 0.00 |
| 001 | AMERICAN HONDA FINANCE CORPORATION | 3,091.00 | 3,091.00 | 3,091.00 | 123.28 |
| 002 | BYRON SAVINGS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 3,091.00 | 3,091.00 | 3,091.00 | 123.28 |
| 001 | AMERICAN HONDA FINANCE CORPORATION | 30.54 | 30.54 | 12.94 | 0.00 |
| 003 | AMCORE BANK NA | 16,570.94 | 16,570.94 | 7,022.99 | 0.00 |
| 004 | ECAST SETTLEMENT CORPORATION | 1,628.18 | 1,628.18 | 690.04 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 8,434.50 | 8,434.50 | 3,574.66 | 0.00 |
| 006 | EDGEBROOK DERMATOLOGY PC | 186.00 | 186.00 | 78.83 | 0.00 |
| 007 | FEATHERSTONE CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | HSBC / MENARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CREDITORS BANKRUPTCY SERVICE | 714.47 | 714.47 | 302.80 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 13,086.64 | 13,086.64 | 5,546.30 | 0.00 |
| 013 | MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 915.46 | 915.46 | 387.99 | 0.00 |
| 017 | ROCKFORD ANESTHESIOLOGISTS ASSOC | 300.00 | 300.00 | 127.15 | 0.00 |
| 018 | LVNV FUNDING LLC | 1,435.27 | 1,435.27 | 608.29 | 0.00 |
| 019 | SECORA INSURANCE | 3,873.58 | 3,873.58 | 1,641.68 | 0.00 |
| 020 | SWEDISH AMERICAN MEDICAL GROUP | 1,073.00 | 1,073.00 | 454.76 | 0.00 |
| 021 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | TARGET NATIONAL BANK fka RETAILERS NAT'L | 6,656.48 | 6,656.48 | 2,821.11 | 0.00 |
| 024 | MUTUAL MANAGEMENT SERVICES | 3,416.25 | 3,416.25 | 1,447.86 | 0.00 |
| 025 | CREDITORS PROTECTION SERVICE, INC | 960.00 | 960.00 | 406.86 | 0.00 |
| 026 | MUTUAL MANAGEMENT SERVICES | 493.75 | 493.75 | 209.25 | 0.00 |
| 027 | MUTUAL MANAGEMENT SERVICES | 293.75 | 293.75 | 124.49 | 0.00 |
|  | Total Unsecured | 60,068.81 | 60,068.81 | 25,458.00 | 0.00 |
|  | Grand Total: | 64,809.81 | 64,809.81 | 30,550.08 | 123.28 |

Total Paid Claimant:      $30,673.36
Trustee Allowance:        $2,149.64          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:        42.38         discharging the trustee and the trustee's surety from any and all
                                             liablility on account of the within proceedings, and closing the estate,
                                             and for such other relief as is just.  Pursuant to FRBP, I hereby
                                             certify that the subject case has been fully administered.

Report Dated:

                                                       /s/ Lydia S. Meyer
                                                    Lydia S. Meyer, Trustee

# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/23/2009                By  /s/Heather M. Fagan